Karren Kenney, CA. SBN 174872
Kenney Legal Defense
2900 Bristol Street, Suite C204
Costa Mesa, CA 92626
Telephone: (855) 505-5588
E-Mail: karren@kenneylegaldefense.us

Attorney for *Plaintiff Peter McNeff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA-OAKLAND

| | |
|---|---|
| PETER MCNEFF, an individual, | Case No.: 23CV00106-AMO |
| Plaintiff, | |
| vs. | **PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES AND/OR PERSONS** |
| THE CITY OF PLEASANTON, a City within the State of California; THE PLEASANTON POLICE DEPARTMENT, a Division of defendant City; DAVID SWING, an individual; LARRY COX, an individual; BRIAN DOLAN, an individual; and DOES 1-10, individuals; | |
| Defendants. | |

Plaintiff, PETER MCNEFF, by and through its undersigned counsel, hereby

*McNeff v. City of Pleasanton, et al.*          Case No.: 23CV00106-AMO
**Plaintiff's Certificate of Interested Parties**

certifies that he is not aware of an entity or persons having any interest in this case besides the parties.

                              Respectfully submitted,

DATED: May 31, 2023                  /s/
                                    KARREN KENNEY
                                    *Attorney for Plaintiff PETER MCNEFF*