KARREN KENNEY, CA. SBN 174872
KENNEY LEGAL DEFENSE
2900 BRISTOL STREET, SUITE C204
COSTA MESA, CA 92626
TELEPHONE: (855) 505-5588
E-MAIL: karren@kenneylegaldefense.us

Attorney for *Plaintiff Peter McNeff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA-OAKLAND

| | |
|---|---|
| PETER MCNEFF, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE CITY OF PLEASANTON, a City within the State of California; THE PLEASANTON POLICE DEPARTMENT, a Division of defendant City; DAVID SWING, an individual; LARRY COX, an individual; BRIAN DOLAN, an individual; and DOES 1-10, individuals;<br><br>　　　　Defendants. | Case No.: 3:23-cv-00106-AMO<br><br>**Honorable Araceli Martinez-Olguin**<br><br>**STIPULATION TO CONTINUE MOTION HEARING; [PROPOSED] ORDER**<br>**MODIFIED** |

It is stipulated by and between the parties, Plaintiff Peter McNeff ("McNeff") and defendants THE CITY OF PLEASANTON, a City within the

*McNeff v. City of Pleasanton, et al.*　　　　United States District Court- NDCA
**STIPULATION**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page **1** of **3**

10433852.1 PL068-025

State of California; THE PLEASANTON POLICE DEPARTMENT, a Division of defendant City; DAVID SWING, an individual; LARRY COX, an individual; BRIAN DOLAN, an individual ("Defendants") as follows:

1. McNeff filed this action on January 10, 2023;
2. Defendants filed a Second Motion to Dismiss on May 15, 2023
3. The hearing on the Defendants' Motion to Dismiss is currently set for June 22, 2023;
4. Defendants set the motion date prior to checking the availability of Plaintiff's counsel. Plaintiff's counsel will be on a prepaid family trip to the East Coast from June 21-29, 2023.
5. The parties request the hearing on Defendants' Motion to Dismiss be continued to July 20, 2023 or a date thereafter that is convenient for the Court.

It is so stipulated.

DATED: June 5, 2023

      /s/Karren Kenney
KARREN KENNEY
*Attorney for Plaintiff*
PETER MCNEFF

      /s/Nicholas Grether
NICHOLAS GRETHER
*Attorney for Defendants*
The City of Pleasanton, The Pleasanton Police Department, David Swing, Larry Cox, and Brian Dolan

**MODIFIED** Order

Based on the stipulation of the parties, and GOOD CAUSE APPEARING:

The hearing on the Defendants' Motion to Dismiss is continued from June 22, 2023 to ~~July 20, 2023.~~ September 14, 2023.

IT IS SO ORDERED.

DATED: June 6, 2023

_____
Judge Araceli Martínez-Olguín
United States District Court Judge

*McNeff v. City of Pleasanton, et al.*    United States District Court - NDCA
**STIPULATION**