AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

PETER MCNEFF
        Plaintiff (s),
V.
THE CITY OF PLEASANTON, et al.
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 23-cv-00106-AMO

Notice is hereby given that, subject to approval by the court, __PETER MCNEFF__ (Party (s) Name) substitutes __SCOTT JAMES STREET__ (Name of New Attorney), State Bar No. __258962__ as counsel of record in place of __KARREN KENNEY__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: Scott James Street
- Address: 201 S Lake Ave, Ste 303, Pasadena, CA 91101-5703
- Telephone: (213) 205-2800  Facsimile: 
- E-Mail (Optional): sstreet@jwhowardattorneys.com

I consent to the above substitution.
Date: 6/17/2023

*Peter McNeff*
Peter McNeff (Jun 17, 2023 09:35 PDT)
(Signature of Party (s))

I consent to being substituted.
Date: 6/17/2023

*Karren Kenney*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/17/2023

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 20, 2023

APPROVED
Judge Araceli Martinez-Olguin
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]