Scott J. Street (SBN 258962)
JW HOWARD/ATTORNEYS, LTD.
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

John W. Howard (SBN 80200)
JW HOWARD/ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 234-2842
Email: johnh@jwhowardattorneys.com

Attorneys for Plaintiff
PETER MCNEFF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MCNEFF,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE CITY OF PLEASANTON, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-00106-AMO<br><br>Assigned to Hon. Araceli Martinez-Olguin<br><br>**NOTICE OF APPEARANCE**<br><br>Action Filed:　　January 10, 2023 |

///
///
///
///
///

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the notice of substitution of counsel filed on June 19, 2023 (ECF 34) and the order granting substitution on June 20, 2023 (ECF 35), Plaintiff, Peter McNeff will be represented by Scott J. Street and John W. Howard of JW Howard/Attorneys, Ltd., in this matter. Both Mr. Street and Mr. Howard have been authorized to practice in the Northern District of California and will be registered for service through ECF in this case.

Respectfully submitted,

DATED: June 21, 2023           JW HOWARD/ATTORNEYS, LTD.

By:      /s/ Scott J. Street
         Scott J. Street
         Attorneys for Plaintiff
         PETER MCNEFF

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On June 21, 2023, I caused the **NOTICE OF APPEARANCE** to be filed and served via the Court's Electronic Service upon the parties listed on the Court's service list for this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on June 21, 2023 at San Diego, California.

*/s/ Dayna Dang*
Dayna Dang, Paralegal
dayna@jwhowardattorneys.com