UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MCNEFF,<br><br>          Plaintiff,<br><br>     v.<br><br>PLEASANTON POLICE DEPARTMENT, et al.,<br><br>          Defendants. | Case No.  23-cv-00106-AMO<br><br>**ORDER RE MOTION TO DISMISS AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. Nos. 24, 39 |

Defendants' Motion to Dismiss and Plaintiff's Motion for Leave to File an Amended Complaint came on for hearing before this Court on November 30, 2023.  Having read the papers filed by the parties and carefully considered their arguments and the relevant legal authority, the Court issued its rulings on both Motions from the bench and on the record.

The Court hereby clarifies that Defendants' Motion to Dismiss is **GRANTED** for the reasons stated at the hearing.  The second cause of action in the First Amended Complaint, retaliation for political speech and activity under California Labor Code §§ 1101, 1102, and California Government Code § 3201 et seq., as well as the third cause of action, termination for lawful, off-duty conduct under California Labor Code § 96(k), are both deemed abandoned and **DISMISSED WITH PREJUDICE**.

Plaintiff's Motion for Leave to File an Amended Complaint is **DENIED** as moot and for the reasons stated at the hearing.  Plaintiff shall file a Second Amended Complaint on or before January 16, 2024.

//

//

//

1  The parties shall meet and confer regarding the necessity for a case management
2 conference in the near term.  Any stipulation requesting a case management conference shall be
3 filed on or before December 7, 2023, and shall include proposed dates for the conference.

4  **IT IS SO ORDERED.**

5 Dated: November 30, 2023

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

2