UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MCNEFF,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PLEASANTON POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No.23-cv-00106-AMO<br><br>**JUDGMENT** |

　　　On July 17, 2024, the Court granted Defendants' motion to dismiss the case with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment.

　　　The Clerk of Court shall close the file in this matter.

　　　**IT IS SO ORDERED.**

Dated: July 17, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**